Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR11-5232BHS |
| Plaintiff, | |
| v. | GOVERNMENT'S WITNESS LIST |
| MARK SKILES, | |
| Defendant. | |

The United States respectfully submits this witness list.

1. SA Heidi Wallace
2. SA James Contreras
3. SA Alex Liwienski
4. SA Jonathan Hansen
5. SA William Perkins
6. SA Sandra Shelock
7. SA Charles Spaulding
8. Mary Davies
9. Dan Davies

//
//
//

Government's Witness List
CR11-5232BHS  - 1
*United States v. Mark Skiles*

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

|    |     |                |
|----|-----|----------------|
| 1  | 10. | Jody Arndt     |
| 2  | 11. | Kenneth Gussoni |

DATED this 12th day of October, 2011.

                        Respectfully submitted,

                        JENNY A. DURKAN
                        United States Attorney

                        */s/ Nicholas W. Brown*
                        NICHOLAS W. BROWN
                        ROGER ROGOFF
                        Assistant United States Attorneys
                        United States Attorney's Office
                        700 Stewart Street, Suite 5220
                        Seattle, Washington 98101-3903
                        Telephone:   (206) 553-1565
                        Fax:              (206) 553-0755
                        E-mail:        Nicholas.Brown@usdoj.gov

Government's Witness List
CR11-5232BHS - 2
*United States v. Mark Skiles*

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/Karen Wolgamuth*
KAREN WOLGAMUTH
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5050
FAX:   (206) 553-4440
E-mail: karen.wolgamuth@usdoj.gov

Government's Witness List
CR11-5232BHS  - 3
*United States v. Mark Skiles*

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970