IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARK SKILES, ) <br> ) <br> Defendant. ) <br> _____) | NO. **CR11-5232BHS** <br><br> DEFENDANT S TRIAL BRIEF |

Mark Skiles, by and through his attorney of record, Karen L. Unger, respectfully submits this trial brief.

## I. INTRODUCTION

Defendant Mark Skiles is charged by indictment with one count of Conspiracy to Unlawfully Deal in Firearms, in violation of Title 18, United States Code, Section 371, and one count of Unlawfully Dealing in Firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A). Trial is set to begin on October 18, 2011. Defendant does not expect to call any witnesses.

## II. FACTS OF THE CASE

DEFENDANT S TRIAL BRIEF
PAGE 1

E:\1wpdocs.u&b\criminal 7\skiles\trialbrief.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688

It is anticipated that the Government will put on evidence that Mr. Skiles was selling firearms at several private gun shows for profit. It is also anticipated that the Government will call several witnesses who observed Mr. Skiles at gun shows where he had a table set up, selling firearms. Mr. Skiles does not dispute the fact that he did go to private gun shows nor the fact that he did sell firearms to participants at these shows. However, what Mr. Skiles disputes, and has from the very beginning of this investigation, is that he sold any firearm for profit, or that he was in any conspiracy with Mr. Gussoni to sell firearms for a profit, without the benefit of a Federal Firearms license. Mr. Skiles does not need a Federal Firearms License to sell firearms at private gun shows, so long as it was not done for profit. Private sellers at gun shows are not required to perform background checks on individuals who purchase guns at private gun shows; at some gun shows, members are the only ones permitted to buy firearms, where these same members have been subjected to background checks prior to admission to these private gun clubs.

The Washington Arms Collectors (WAC) is a membership organization in Washington that puts on one of the largest gun shows in Washington State where only members can buy and sell guns. The WAC are the sponsors of the gun shows visited by ATF agents at the Puyallup Fairgrounds and at the Monroe Fairgrounds; the gun show in Centralia is similarly controlled. Mr. Skiles had no reason to believe that he was violating any law when he made gun sales at any of these gun shows.

The Government intends to introduce evidence regarding Mr. Skiles income, or lack thereof, inferring that his lack of income as reported by the Washington State Employment Security Department indicates that he must have been selling firearms at various gun shows for a profit. What the Government has apparently failed to investigate is Mr. Skiles disability

DEFENDANT S TRIAL BRIEF
PAGE 2

E:\1wpdocs.u&b\criminal 7\skiles\trialbrief.wpd

Karen L. Unger, P.S.
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688

payments as received from the Veteran's Administration, as well as his Social Security Disability income, which he has received on a monthly basis since he was found to be disabled as a result of numerous medical problems, which appear to be self-evident.

Mr. Skiles has always cooperated with law enforcement officials, and even provided the location of any of his firearms to the Government, following his first appearance before this court, as this disclosure was a condition made by the court of his on-going release from custody. Mr. Skiles met with Agent Heidi Wallace when contacted by her, and was always forthcoming and cooperative in all of his dealings with Government agents. He spoke with her without the benefit of counsel, and answered all of her questions to the best of his ability.

Mr. Skiles will categorically deny that he was in any kind of "business" relationship with Mr. Gussoni, although they did share tables at gun shows and would often purchase guns from Mary's Pistols on the same receipt, but always kept their sales of these guns, separate. Mr. Skiles told Agent Wallace that, at some point in time, he advised Mr. Gussoni that he believed he was selling too many guns to continue his practices without obtaining a Federal Firearms License.

### III. CONCLUSION

Given Mr. Skiles' medical disability and inability to work, he used his knowledge and interest in firearms as a hobby, and did not make any profits from his legal sales of guns at gun shows. Although he clearly attended gun shows along with Mr. Gussoni, he was not involved in any of the sales made by Mr. Gussoni, did not "conspire" with Mr. Gussoni in any gun sales, and

//

//

//

DEFENDANT'S TRIAL BRIEF
PAGE 3
E:\1wpdocs.u&b\criminal 7\skiles\trialbrief.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688

did not violate any federal firearm statutes.

Respectfully submitted this October 17, 2011.

                                          KAREN L. UNGER, P.S.

                                        /Karen L. Unger/
                                        KAREN L. UNGER
                                        Attorney for Defendant

DEFENDANT S TRIAL BRIEF
PAGE 4

E:\1wpdocs.u&b\criminal 7\skiles\trialbrief.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2011 filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the United States. I hereby certify that I have served the attorney(s) of record for the United States that are not CM/ECF participants via telefax.

/ Karen L. Unger/
KAREN L. UNGER
332 E. 5th Street
Port Angeles, WA 98362
Phone: 360-452-7688
Fax: 360-457-0581

DEFENDANT S TRIAL BRIEF
PAGE 5
E:\1wpdocs.u&b\criminal 7\skiles\trialbrief.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688