DEFENDANT S PROPOSED JURY INSTRUCTION NO. 1
INSTRUCTION NO. __

The term  with the principal objective of livelihood and profit  means that the intent underlying the sale or disposition of firearms is predominantly one of obtaining livelihood and pecuniary gain, as opposed to other intents, such as improving or liquidating a personal firearm collection: **Provided**, That proof of profit shall not be required as to a person who engages in the regular and repetitive purchase and disposition of firearms for criminal purposes or terrorism.

Title 18, U.S.C. Chapter 44, Section 921(a)(22)